1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    KENNETH JOHNSON,

10          Plaintiff,                          No. C 10-02510 JSW

11     v.

12   ARAMARK CORRECTIONAL SERVICES,      **ORDER SETTING BRIEFING**
     et al.,                            **SCHEDULE AND CONTINUING**
13                                       **HEARING**
            Defendants.
14   _____/

15

16          This matter is set for a hearing on August 13, 2010 at 9:00 a.m. on Plaintiff's motion to

17   remand and on August 27, 2010 at 9:00 a.m. on Defendants' motion to dismiss.  The Court

18   HEREBY CONTINUES the hearing on Plaintiff's motion to remand to August 27, 2010.  Any

19   opposition to these motions shall be filed by no later than July 16, 2010 and the replies, if any,

20   shall be filed by no later than July 23, 2010.

21          If the Court determines that these matters are suitable for resolution without oral

22   argument, it will so advise the parties in advance of the hearing date.  If the parties wish to

23   modify this schedule, they may submit for the Court's consideration a stipulation and proposed

24   order demonstrating good cause for any modification requested.

25          **IT IS SO ORDERED.**

26

27   Dated: July 2, 2010

28                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

*United States District Court*
For the Northern District of California